# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and fifteen.

Before:     Ralph K. Winter,
               *Circuit Judge.*

_____

| | |
|---|---|
| Duncan Lawson, Jane Doe, A Minor Child, PPA Duncan Lawson, | **ORDER** <br> Docket No. 15-653 |
| Plaintiffs - Appellees, | |
| v. | |
| Timothy Hilderbrand, Gary Hoffkins, Richard Stook, Joseph Rondini, Frederick Quezada, | |
| Defendants - Appellants. | |

_____

Appellees move for an extension until October 5, 2015 to file the brief.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

